NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 15a0294n.06

No. 14-1716

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Apr 22, 2015
DEBORAH S. HUNT, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | ON APPEAL FROM THE UNITED |
| v. | ) | STATES DISTRICT COURT FOR |
| | ) | THE EASTERN DISTRICT OF |
| AHMAD MUSA JEBRIL, | ) | MICHIGAN |
| | ) | |
| Defendant-Appellant. | ) | |

BEFORE: MERRITT, BOGGS, and ROGERS, Circuit Judges.

PER CURIAM. Ahmad Musa Jebril appeals the district court's order continuing his term of supervised release with additional conditions. The government has moved to dismiss Jebril's appeal as moot.

In 2004, a jury found Jebril guilty of numerous federal offenses involving fraud, money laundering, and the illegal possession of firearms. The district court sentenced him to an effective term of 70 months in prison and three years of supervised release. In 2014, the district court determined that Jebril violated the conditions of his supervised release. The court continued Jebril's term of supervised release with additional conditions, including that he must participate in electronic location monitoring and submit to his probation officer information pertaining to his social-media accounts.

In his appellate brief, Jebril argues that the special conditions requiring him to participate in electronic location monitoring and submit his social-media-account information to his probation officer are procedurally and substantively unreasonable. Jebril's counsel subsequently advised us, however, that Jebril's term of supervised release has ended. Thus, we need not address his appellate arguments because they are moot. *See United States v. Dyson*, 639 F.3d 230, 234-35 (6th Cir. 2011).

Accordingly, we dismiss Jebril's appeal as moot.